IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM T. MORRISON, JR.,

Petitioner,

v.

JACKSON COUNTY, BOARD OF
COMMISSIONERS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3835

Opinion filed December 16, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

William T. Morrison, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is dismissed as moot.

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.